UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEORGIE M. BREWER, et al., | ) | |
| | ) | |
| v. | ) | No. 3:10-0908 |
| | ) | JUDGE SHARP |
| NEW ERA, INC. | ) | |
| | ) | |

**O R D E R**

Pending before the Court is an Unopposed Motion to Reset Pretrial Conference (Docket Entry No. 34).

The Motion is hereby GRANTED and the final pretrial conference set for December 17, 2012 is rescheduled for December 7, 2012 at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE