UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GEORGIE M. BREWER, et al., | ) | |
| | ) | |
| v. | ) | No. 3:10-0908 |
| | ) | JUDGE SHARP |
| NEW ERA, INC. | ) | |
| | ) | |

**ORDER**

Pending before the Court is Plaintiff's Motion to Set (Docket No. 65).

The motion is GRANTED, and this matter is hereby set for a jury trial on Tuesday, December 2, 2014, at 9:00 a.m. The final pretrial conference is scheduled for Monday, November 10, 2014, at 3:30 p.m.

The deadlines for trial-related matters will be addressed in a subsequent Order closer to the trial date.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE